IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION FOR CRIMINAL COMPLAINT FOR JEAN PAUL GAMARRA | Case No. _____ |

**AFFIDAVIT IN SUPPORT OF
AN APPLICATION FOR A CRIMINAL COMPLAINT**

I, Andrew Demock, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of an application for a criminal complaint charging Jean Paul Gamarra with Threatening and Conveying False Information Concerning Use of an Explosive, in violation of 18 U.S.C. § 844(e), and Threatening the President, in violation of 18 U.S.C. § 871.

2. I am a Special Agent with the United States Secret Service (USSS), and have been since August 2015. I am assigned to the Protective Intelligence Squad, which handles investigations into, among other things, threats against the White House and its grounds, and USSS protectees such as the President of the United States and his family.

3. The facts in this affidavit are based on my personal observations, my training and experience, and information obtained from other law enforcement officers and agents. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

**PROBABLE CAUSE**

4. Jean Paul Gamarra (Gamarra) is a United States citizen with no clear fixed address. He does not work at the White House or its grounds in Washington, D.C., and he has no authorized business there.

5.      On March 28, 2017, at approximately 10:17 a.m., Gamarra approached USSS law enforcement at 1500 Pennsylvania Avenue, NW, Washington, D.C., near the Treasury Department Building, and advised that he had a nuclear bomb detonator or defuser.  Gamarra was asked if he had a bomb with him and Gamarra said no, he had a component to launch a nuclear weapon.  Gamarra said he was not there to harm President Trump.   Law enforcement directed Gamarra to place the package he was carrying on the ground.  The package, a photograph of which is included as Attachment A, was a U.S. Postal Service Priority Mail Envelope that included on its cover (all spellings as they appear in the original) "Warning 100% threat Brand New Electronic Detonator Device president Secrete Servisce Explosive technology Department" and the statement "Warning this is a ~~tre~~ threat on the President and Senator life Secure Keyboard to be Reversed Engineereed."  The outer package included the label "Blue tooth Bomb Explosion Component."

6.      In reaction to Gamarra's actions, at that time various parts of the immediate area were closed to pedestrian and vehicular traffic, including the north fence line of the White House and its grounds, Lafayette Park, half of the Ellipse, the south fence line, and 15th Street from New York Avenue to F Street.  For more than 90 minutes, no one was permitted to use the north entrance of the Department of Treasury Building.  No one was permitted to enter or exit the Department of Treasury Annex Building, or the Bank of America Building, located north of Pennsylvania Avenue, or the SunTrust bank building, located diagonally from the Department of Treasury Building.  These closures affected interstate commerce.  At approximately 11:57 a.m., the item in the bag, a Bluetooth keyboard, was rendered safe, and the streets and parks were reopened.  A note included with the keyboard is attached at Attachment B, and included the statement (as written) "Warning this device is a threat on Senatar and President Life."

7.      Gamarra consented to an interview.  Gamarra stated he had walked to the White House to deliver a "nuclear bomb component," which he wanted the USSS have to avert a bomb-

2

related plot against the President.  Gamarra stated he intended to deliver the keyboard to the Secret Service to "reverse engineer" its capabilities and keep the President safe.  Gamarra said he did not have any explosives and wished no harm on the President.

8. Based on review of previous reports, on February 13, 2014, Gamarra walked into a Long Island, NY hospital and stated that he was going to kill President Barack Obama.  After being transferred for a psychiatric evaluation, Gamarra reaffirmed his intent to kill Presdient Obama.  Gamarra stated he made the threat to gain attention from federal authorities.

9. Based on review of previous reports, on January 30, 2015, USSS law enforcement interviewed Gamarra because he appeared to be acting suspiciously near Lafayette Park.  Gamarra stated he could not sleep and claimed to be merely walking around.  He then admitted to being part of a group that wanted to impeach the President in a diplomatic way.  A prior spouse stated that Gamarra had stopped taking his prescribed medications and showed manifestations of bi-polar and schizophrenic disorders.  Gamarra's mother was also contacted and stated that Gamarra suffered from bipolar disorder and schizophrenia.

## **CONCLUSION**

10. For the reasons stated above, there is probable cause to believe that Gamarra violated 18 U.S.C. §§ 844(e) and 871.

11. I declare under the penalty of perjury that the information provided above is true and correct.

                                              Respectfully submitted,

                                              Andrew Demock
                                              Special Agent
                                              United States Secret Service

Subscribed and sworn to before me
on March 29, 2017.

_____
THE HONORABLE ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE