"Let this be filed.

| John D. Bates | Date |
| U.S. District Judge" | |

District Court
For
The United State of America

United State of America

Crim case 17-65

Vrs

Jean Paul Gamarra

RECEIVED
Mail Room

APR 2 8 2020

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Motion to Dismiss and Vacate False Imprisonment

The Defendant is Vacated From False
Imprisonment From Pursuant ~~~~~~~~ Ineffective
Assistant of Council. Council Failed to Provide
a Preliminary Hearing Predisposition that the
Inadmissable Evidence would Have Never been
Indicted Pursuant Fed. R. Cim. P. 6(b)(2). The Arresting
Secrete Service Agent Miranda Right Statement Deposed on
Line 7 Cooborating the Defendant Fed. R. Civ. P. 8, Predisposition
is He Never threaten the President. Further on
the Ground of Federal Civil Procedural Rule 8(A)(1) thus:
USCA titled 18 §4241 (d) 2 (B) the Charge's are Legally
Desposed From Inadmissable Evidence. The Entitled
Jurisdiction to Proceed Fed. R. CIM. P. 8 is thus: USCA
titled 18 §3071; PL 107356. Entraptment Criminal Law
1161; Thus USCA title 3    False Imprisonment Granting the
Order Fed. R. Civ. P. 8 Procedural Rule 8(A)(3) Vacating

Dismissing the order According to the Law
For Serving Federal Justice.
        Furthermore the Defendant Pursaunt
8th Amendment will Recieve thus: USCA
Title 18 § 3521 Witness Protection For the
Private Judicial Chamber can mitigate
Recieving Invoked Jurisdiction Retaining
National Security to Implement the
Judicial Statutory Enforced order.


                        Honorable


County of ~~Durham~~   § §
        Pursaunt Criminal Penalty For Presenting
Fraudlent Claim or Making False statement's with Imprisoner
the Following PubL 98§54B Title II § 1208 oct 12 1984 stat 2153
Regulated by PubL 93 § 619 Speedy trial Act Jun 3 1975
88 stat 2076 [28 CFR 0.95 et Seq Chapter V]
Notarized Comissioned by thus: USCA Title 18 § 4042
Noted 54 Burrue of Prison; Business Correspondence is
Notarized befour the me, that the Jean Paul Gamarra
Has Provide BOP Issued Born Inable Law Authority ID.
Public Notory Signature _____ 3/12/20
Public Notary Printed Name Tywanna Crudup
State of Comission ___ NC
Notary Comission Expire § /02 / 2023

Federal District Attorney Me                    Criminal Case Number 17-65 (JBDB)
Jean Paul Gamarra        Federal Official Docket Judicial Record
                              Official Legal Copy
Honorable Official Docket [Fed. R. Civ. P. 8.]        Pg 1

(1) Secrete Service Cooberated on Line 7
with me on their Miranda Right Report Deposing
that "I Never threaten President" being my
Disposition Plead Fed. R. Civ. P. 8.

(2) by Supreme Court Attorney case
Law Call Supra Attorney Case Law is
the 1 to Prove Entrapment is:
        (1) Absence of Disposition
        (2) Inducment

§ Supra Criminal Attorney Case Law Sorrells v US 287 US 435 1932
  Mathews v US 485 US 58, 62-63 (1988), US v Thickstun, 110 F 3d 1396 (9th Cir 1997)

(3) And Police Law Enforcement Law Definition for
Entrapment Criminal Law 1167 (3rd Edition 1982)
Black Law 8th Edition  Statutory Enforce that IF the
original Charge would Never Happen If the Goverment
Never Induced; the original Charge would Never
Happen:

[1]st the Court Illeagally Miranda Righted Me
to Replace the Secrete Service Agent Jurisdiction
to Press Charge's For the Goverment Attorney Prosecution.
They Also Malpracticeing Miranda Right, when it is the
Court Entitled Jurisdiction to Regulate what Can be, and Can not
be Used Against a Defendant. Mage strate Merry weather
Denied the Freedom of Speech Preventing the Defendant
(Me) from Having a Plead Disposition by, Re Miranda Righting
the (Me) Him the Defendant; Because "Any thing (I He
Said Can and will be used Against Him (me)= Proving
Absence of Disposition, 2ndly the Goverment Defendant
Defense Failed Practiceing Federal Attorney Law

Pg 2

Providing a InEficitive Deffens
Assasitance of Council Implementing
the Defendent (me) Plead Disposition —
          The Defense Never Interveiwed the Defendant
Never, put the Defendant on the Stand to Provide a
Grand Jury Federal Procedural Rule Criminal Law
Evidence Explanation For Grand Jury Reveiw,
and the He Defense Federal Attorney Defense Council
Was Not Even a Federal Attorney or Council,
He Called Himself a Congressional Member
title, calling Himself a "Represensentative" ⟶ to AJ Kramier,
                                                Federal Attorney
the Impeachable Judge argued a Phycotic
Impersonution+ of the Defendant to Force medicate
Him (me) After the Same Magestrate Robinson
who order Him to be Restored, then order a
Recomindation Against the Medical Malpractice
FMC Doctor Recomendation and Against the
Plagarized Supreme Attorney Case Law Malpractice
Replacing "Doe process" Federal Criminal Procedural
Rule "Self Hearing" Fraud, Tourching Him (me)
in Jail Fravding Judicial Chamber Fair Hearing.
INRE where she Order the Defendant Provide
Prooved the Goverment Had No Force Medication
Susisdiction. thus USCA title 18 § 4241 (F) Dictate Nothing Can be Used Against the Defendant.
          2ndly they Filed a Fraudlent Appeal without His
(my) Approval and then Denied the Defendant to be
Present to the Circuit Court Appeal Hearing Denying Him
(my) Freedom of Speach and a Fair Hearing, Proving
Absence of Disposition by Never being Able to
Cross Examine or Explain His (me) Disposition Note!

793

+ Phyotic Impersonation Came From the Lower
Federal Court 50 State Capitol Municipality Court
Bench warrant and Court "Pro Filing" Using
the Defendent (me) Born In Alianable Legal Law
Authority Name and Falstied His(me) Name
on the (Both) Court Docket Record by and Used
His own Name as a Criminal Alias "AKA"
[Also Known As] Profile Warrant (Impersonating Him (me)) with through
the Superior Docket to Impersonate the
Defendant through the Federal Contract
For Both Court → between the DC Central Dentrion Facility
[BOP-007]. To Fraudlent D-Phyrotically
Impersonate the Defendant Further (omitting)
Absence of Disposition. The DC Central
Detention Facility till today Have a Warrant
Never Exhonarated in the Federal Docket
Official Judicial Record Federal Contract
Jack's system. the Permanet Inmate Statutory
Creadential Prove a Federal Contract 8th Amendment
Breach Ubstruction of Federal Justice
Pursaunt Fed, R.crim § 15.10. the DC Central
Dentrion Facility thus Jurisdiction to Regulate
the official Judicial Docket Federal Record,
But the Court thus No Jurisdiction to Regulate
their own Federal Official Docket Record
Circuited through the DC Central Dentrion
Facility Prison Comunication. the Juck's
Permanent Inmate Federal Statutory Creadential
Failed to Instal a Property Number and
a Court dent ID For the Court to Regulate

Pg 4

Their Own Record Number, (1)
Regulating the Prison, (2) Regulating
the Defendant "IME I" Persay.
Exact Disposition Plead of Himself,
Defendant (me). Hense Regulating what
can and can not be Used Against Him.
the Judge Instead of Arguing Defense
Council to Open a Defraud Line of Communication
, He(Judge) Comitted a Impeach Offense
Arguing a Phycotic Impersonation
(Criminal Aka Alias (Superior Court)
(Profiling) = (Warrent Profiling) Neglicting the
Defendant 8th Amendment Original Disposition Plead [Thus Official DC Code §3531
[2] Inducment    8th Amendment]
(1st) the Defendant Report a Terrorist threat
and to Prove it was a threat; Originally the
Defendant (me) Never Convay a threat. the
Mear Fact Convay a threat was Added, it
Automaticaly Prove {1} the Defendant was
Correct {2} It was Induced by "Insider Espionage =
[Mckenny Law Brokk §27 New York State Law §RICO §
Core Confusion NY State Supreme Word's and
Phrase]
(2nd) the Secrete Service officer Never Remote
Booked the Defendant (me) at a Police Precinct,
or the Court, or at At Any Reg Prison to
Have Agent Remote Booking Entitled Jurisdiction
to Press Charge and Levy the a "Habius Corpus =
Bringing the Body Foward to Court by Charged
Entitled Jurisdiction to be Compitant to "IE "Benevolant to.

(3) A Fraudlent Bench warrant
was Be for tresspasing was
Re book, For a Fraudlent Brookly
New York Bench warrant From a
Fraudlent 5th Prencinct Police
Book my Never Maranda Rights
Arresting the Defendant. They (Never "Amirus Cop" or Extirnirated)
Sanction into the 5th Prencinct
a Spearhead Suspension of Marshell
that originated From a Fraudlent
Warrent in Mineola New York city
That was Directly Binded and Sanctioned
into the Defendant Exeball with
a Microsoft Cricket Phone Using Remote Agency
Circuit Cornt of Appeal Booking Fed Dective
Gamarra urse Cricket Still Ponding Fraud
Until today,
President Trump Campaign Server
Which He (I) Speculate was the begining
of the Republican Profiling FISA warrent
that originated with Lenas Learner
Profiling Stop Payement of IRS Refund
treating all Patriot Related tax payer as
Terrorist. (THE) the Defendant Speculate
that the Fisa warrent started with
the President Campaign Server that Sent
the Defendant (me) a Reciept when He (he)
Paid the President to Have Fidiscary
Cheif Exeutive Office Jurisdiction
With the Campaign to His (my) Home and Business
AF fair.

Pg 6

The Suspected FISA warrent was
started with Binding and Sanctioning
"Newsmax" Legisture Attorney Potential
$100,000°° & $1 Billion Invoking Fiduciary
Jurisdiction and President trump Reciept
together, Binding a Sanction scalping
Atomic into the the Defend white
of His Eyeball.

Binding Obama [written vertically in left margin]
Chamaravise [written vertically in left margin]
with the President [written vertically in left margin]
Reciept using the [written vertically in left margin]
Federal Court Docket Record [written vertically in left margin]
non speculative [written vertically in left margin]
5th Amendment [written vertically in left margin]
8th [written vertically in left margin]

The Spearhead FISAwarrent Persay
Scalped and was Completly Installed
Sanctioning the Defendant eyeballs
with the 5th Prencinct, Inducing the
Defendant to Loose Facial Complextion
and Look Like "Charles munson"
A Remote Agent middle man Persay
After the (Illegal) Defendant For a Judicical Intervention) [written in margin]

[Note The 8th Amendmt ProMedicate Criminal Sanction Intent was completed

Made the 5th Prencinct Rebook the
Defendant a 2nd time to Illegally
Sanction the Defendant Eye ball's with
a Scalping Sty For a Fraudlent
Brookly Warrent (NYC) in 2016 at the Lower Federal Superior
Court Case Never Arrainged
EXO Honarated.

The Defendant on His own Good Merit
Went to Answer the warrent Late Friday.
the Court Clerk Gave Him a Copy of the
Warrent that was Issue and was Instructed
to Go to Warrent Detective office.

They closed For the weekend, the Defendant
Went with His own Comission to the Police
officer that was at the Front Medal
Detector and Ask the office, "I + I

Pas 7

Have a Wewrent ; Why are You Not
Arresting me. Pursaunt Purgery
Inprosiment For False statment
Pursaunt 18USC8287, the officer
Said there was No Law Authority on
the warrent then the Police officer
of the Court Allowed Him(me) to
Walk Right out and Return to Washington
DC.
   The Original Warrent Fraud Indicament
Start in March 2014. My beloved
Mother of my children was a Toyota Finance
Manager. She Went to Mexico Fora
Toyota Confrence. The Defendant (me)
Was Prosecuting the Reteb Republican Front
Line of Homeland Security Embezzlment
through Sub Shara Desert most poorest
People of Africa. He (me) Had to Return Home
a Baby Sit the Children. When He (me)
Return Home He (me) Realize they were
Cyber Racketeering His (me) Children.
   He Reported it to IC3 Gov being
the Illegally Judisury square Fisa
Warrent way's and mean's Persay to unmask Federal
                                   Judisury Square
   Having No clue, the Defendant Reportad
Terrorist Cyber threat, to the Same
Federal Contractor with DC Central
Dention Facility Having FBI Jurisdiction
   The Next morning Singing in the Shower

(Premediated Sanction 2014)

Coming The Cyber Threat From the under the Penelty Center

Pg 8

they Increased the Decipler and
Forced the Police to Invade using Home
security system
His House, When He (me) step out
the Shower, there was 3 cop's.
the Begining of Phycatric Imprisonement
Inprisonmout Started. He (me) Agreed
to Go, only If the they (cop)
would Miranda Right Him. 2 week's
Later the Defendant with a State
Appellate Defense Attorney Appeared
he fourth the New York State
Phycatric Supreme Court. Honarable
Santa Really Order the Defendant
Phytrick
Sain and Freed Vacated From False
Imprisonment. He (Judge) Gave the
Defendant Judge (me) a verble orden to
Go find who is doing this to you (me).
    Hense still on Honorable Santa Really
Verbal Bonded order.
    That was Ruffly when Fence Jumper
Starting Jumping the white House
Fence.
    Inclosing, the Goverment UnCertified
or UN ReCertified to Federal Contractor
who are Deny the Current Goverment
Full 100% transfer of Power are who
is Induaing Criminal Malpractize Obstraction
of Federal Justice, [3] If they Left
(me) Him Alone, None of these Charge's or Serious
Treason Felony would have Never Happen If
the Criminal treason Suspension of Marshal Law

Pg 9

Just Carl Left Him (me) Alone. If they would Have Left Him (me) Alone the (me) would Never Figure it all out.

Suprem Court Supra Criminal Attorney Case Law stipulate 5 Factor must be Considered to show predisposition Called Prodispotion Element.
[1] the character or Repetition of the Defendant
[2] Whether the Criminal Activity originated From the Government
[3] What was the Defendant Prophet Directly Associated to the Criminal Prophet
[4] Whether the Defendant Showed any Relunctance to Comitt the offens.
[5] the Government Induc ment hole.
thickston 110 F 3d at 1396 were misconduct is Negligent Deprivation of Bill of Attorney Legal Practice, Nedical Malpractice, Law Malpractice and Incompitant Entrapment were the Defendant is Not being Given Entitled Jurisdiction to Prove Compitant being the Point of the Entraptment Adding to the Federal District Attorney Pre Law and Federal District Attorney Case Law being Given NO option to Adhear to Fed. R. civ. P. 8. Plead Disposition.
Thickston 110 F 3d at 1396-97

Pg 10

[I] the Defendant is a Virgin
Supremist with No criminal Record,
He (me) is Not a Activist, He (me) Has
No Conviction. He (Me) Proved Compitant
at the Lower Federal Court called
the 50state Capitol Superior Court by
Winning two(2) Case Brought against Him.
{1} "Amicus Carrier" = Stytutory Law Enforced
by thus: Article III § Cheif Judicial Law statute
being Honorable Justice John Marshal Criminal
Supra Law Entitled Federal District Attorney
Case Law Jurisdiction.
{2} "Noel Prosequi" Statutory Law Enforced by
thus: Article I § Congressional Law statute
Merited to the Defendant (me) For Compitant
Conduct and Littigation Befourth Honurable
Ramsey Johnson.
{3rd} Virgin Supremacy Accreditation and Creditability
is the New York Supreme Court Constitution
officer Honorable SouthReally Prenowed the Defendant
Sain and Vacated the Phycatric False typization
{4th} the Defendant Has over 10 Case That
Was Criminaly Malpractize a me Judicly
Attorney Case Law Plagarized Granted
to His Favor against Him. All Case Law
Attorney Leave = still Have Not been
Merited.

The Defendant(me) Federal District Attorney Case Law are been
Used as Embezzlment of Federal Attorney Criminal Law, Illeagally
Stealing the Defendant (I) Benevolant Federal Justice Merit.

Pg 11

[2] the Fact is that the criminal
Activity All Started From the
OBoma Goverment Pre Medicated by
the clintonGoverment with Internet
Entrapment targeting the Defendant
because He (me) is a prodigy.
They (Oboma) Govermnt Embezzled
other Goverment Jurisdiction from
Fulsfing (me) His Corporate Law with
His Scorp Desolved Corporation by
New York State Code, LET Corp § Scorp
Leverage Equyty trade Corporation.

→ [3] the Defendant was Engaged to
Sorve E Federal Justice and use His (me)
Accounting Genius Mythamictical Accounting
to Earn Prophet with out being at the Cost
of the full Faith and Credit Surplus Coiling
Muging of the taxpayer. The Defendant Earning Serving
    Federal Justice Private Sector Engagment
    To Conduct Business was with Madison Constitutes

[4] the Defendant Showed No Relvetance because Gold.
He Reported the offense that Latter was Induced
to "convaying" Proving His (me) original Intention,
to Defend the President.

[5] The Goverment Inducement is without
any Denyable Question with the Defendant
Born Inalianable DMV Law Authority Name being
used as a Criminal Alias "AKA" Black male
Him (me) and Derivitive Entrapting a Phyrotic
Impersonation Frauding the official Judicial
Federal Docket Record. Superior Court ProFiling Warrent
Frauding Federal District Attorney Law Fed.R.Crim.P.9. Entitled Jurisdiction,
Giving Warrent Law Authority Jurisdiction to Foriegn Inteligance Creating
                                                           Reprisal.

[left margin, rotated] Bond Settling Court + settlement without faulty advntage of Taxpayer Bust

FurtherMore, Closing the official Docket
Note Providing a Dismisal False Inprisoment
Vacating Entraptment criminal Law 1161 [3rd
Edition 1982]; IF the Constitution officer
False to Recognize the Granted Leave
Never AdJudicate Gamarra vrse OBoma
to Recieve Witness Protection Especially
When OBoma Doc Federal Secrete Service
Maltia Agency Finished the Premediate
intent that Ended at Howard University
Hostpital Bleeding From the Defendant
Trigin Gludious Maximus [And was told
to "Go to Hell" By the Doctor Because the
Defendant Regulated Stating "They Can only
Sodomize the Defendant, if they MRI
Him and Prove He Had No choice, but to be
Sodomize For Simple External Blood Blister
surgery, they Medically Malpractice Diagnos
Hemoriod. the Criminal Negligance 8th Amendment
Was to Neglect Medical Care and Provide Fraudent
Hemeriod Cream Stating on it's Label "For External
use only" but it Had a Internal Depository; to
Complete OBama Premediate Care, The Pre
Negligance was to turn a Simple Blood Blister into
a Hemoriod Infection at there Called Andrul. The DR
Coment "to go to Hell" was because the Defendant would
Never Allow them to take this Trignity as He (me)
Reported to the Lower court and Gamarra vrse
ERiC Holder Federal Attorney District Case Law
Case Law] Worst Case Senerio thus: USCA title 18
§3521 (E) Pentegon Internet Remote ISP Agent